UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X
DEBBIE FRASER,

                          Plaintiff,

      -against-

SUPER STOP & SHOP AND THE STOP & SHOP
SUPERMARKET COMPANY,

                         Defendants.
---------------------------------------X

STIPULATION OF
DISCONTINUANCE

CV-05-103

FILED
IN CLERK'S OFFICE
U.S. D_____ ____ E.D.N.Y.
★ JUL 28 2005 ★
P.M. _____
TIME A.M. _____

    IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein that the above entitled action having been settled be, and the same hereby is discontinued, with prejudice and without costs to any party and that this stipulation may be filed with the Clerk of the Court, without further notice.

Dated:     New York, New York
            May 6, 2005

By: NEAL GOLDSTEIN, ESQ.
EDELMAN, GOLDSTEIN,
GREEN & BASHNER, P.C.
Attorneys for Plaintiff
11 Park Place, Suite 1802
New York, New York 10007
(212) 349-2181

By: THOMAS G. DARMODY, ESQ.
MINTZER, SAROWITZ, ZERIS, LEDVA &
MEYERS, LLP
Attorneys for Defendants
39 Broadway, Suite 950
New York, New York 10006
(212) 968-8300

So ordered
s/ILG
7/26/05